UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00136-MOC-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Vs. ) | ORDER |
| **UILFRIDO LOPEZ** ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the court's own Motion to Continue. At calendar call, defendant failed to appear and it appears that defendant is now a fugitive, preventing this court from trying the case during the June 2017 term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's Motion to Continue is **GRANTED** as it appears that defendant has absconded from the conditions of supervision as provided by Judge Howell's Bond (#13) and has failed to appear for trial as previously directed by this court. This matter is **CONTINUED** until the next term after defendant is apprehended and the time is excluded under the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(3)(A) & (B). The Clerk of Court is instructed to move this defendant to the court's fugitive docket.

Signed: June 5, 2017



Max O. Cogburn Jr.
United States District Judge