# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:16-CR-136-MOC-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ULFRIDO LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Redact Personal Identifiers in Electronic Transcript re Motion Hearing. (Doc. No. 46).

In support, Defendant states that the transcript of the motion to suppress hearing in this case contains the following personal identifiers within the meaning of Fed. R. Crim. Pro. 49.1 and therefore require redaction from the electronically available version of the transcript:

      a. P. 7 line 13 (home address)

      b. P. 7 line 21 (home address)

      c. P. 8 line 19 (home address)

      d. P. 9 line 4 (home address)

      e. P. 15 line 20-21 (home address)

      f. P. 25 line 9-10 (home address)

Defendant has provided the court reporter with a transcript containing the above redactions. Defendant requests that the electronically filed transcript include the above redactions.

The motion is **GRANTED**. The clerk shall coordinate with the court reporter to file the transcript with the above redactions.

Signed: December 1, 2021

Max O. Cogburn Jr.
United States District Judge